UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRIAN NOEL SABOWITZ and | § | CASE NO. 10-54466-KING |
| CATHY ELIZABETH DUNN BLACKWELL, | § | |
| | § | |
| Debtors | § | CHAPTER 7 |

### REPORT OF SALE OF INTERESTS IN BLUE WATER INTERNAL MEDICINE ASSOCIATES, P.A. AND ARIZONA MEDICAL WEIGHT LOSS, LLC TO DR. DONOVAN SCHMIDT FREE AND CLEAR OF LIENS

TO THE HONORABLE RONALD B. KING, UNITED STATES CHIEF BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, the Trustee in this case, and makes and files this Report by right of the provisions of Federal Rule of Bankruptcy Procedure 6004(f)(1), and in support of it respectfully represents to the Court as follows:

1.

On August 9, 2011, the Court signed its Order Authorizing the Settlement of the Litigation Claims and Sale of the Interests in Blue Water Internal Medicine Associates, P.A. and Arizona Medical Weight Loss, LLC to Dr. Donovan Schmidt Free and Clear of Liens, number 36 on the docket. That Order authorizes the Trustee to sell the estates' interests in Blue Water Internal Medicine Associates, P.A. and Arizona Medical Weight Loss, LLC to Dr. Donovan Schmidt for $3,000.00 each. The sale has been completed.

2.

Attached to this Report and incorporated herein by reference is a copy of the purchaser's check numbers 2615 and 2616, both dated September 8, 2011 in the total amount of $6,000.00.

3.

The Trustee has executed and delivered to the purchaser an Assignment of Shares and an Assignment of Membership Interest.

1

4.

The sales proceeds have been deposited into the trust account for this case.

SIGNED this 21st day of September 2011.

Respectfully submitted,

*/s/ John Patrick Lowe*

John Patrick Lowe, Trustee
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Report of Sale of Interests in Blue Water Internal Medicine Associates, P.A. and Arizona Medical Weight Loss, LLC to Dr. Donovan Schmidt Free and Clear of Liens, has been mailed to all parties listed below, first class mail, postage prepaid, on this the 21st day of September 2011:

**DEBTORS:**

Brian Noel Sabowitz
Cathy Elizabeth Dunn Blackwell
1622 Foxberry
San Antonio, TX 78248

**ATTORNEY FOR DEBTORS:**

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

**UNITED STATES TRUSTEE:**

Judy A. Robbins
United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

*/s/ Patrick Lowe*

Patrick Lowe

2



