UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRIAN NOEL SABOWITZ AND | § | CASE NO. 10-54466-KING |
| CATHY ELIZABETH DUNN BLACKWELL, | § | |
| | § | |
| Debtors | § | CHAPTER 7 |

## RESPONSE TO MOTION TO SELL STOCK IN HORIZON BANCORP, INC. TO JM PARTNERS LLC FREE AND CLEAR OF LIENS

TO THE HONORABLE RONALD B. KING, UNITED STATES CHIEF BANKRUPTCY JUDGE:

**1.**

John Patrick Lowe, Trustee, files this Response to the Motion to Sell Stock in Horizon Bancorp, Inc. to JM Partners LLC Free and Clear of Liens.

**2.**

After the Trustee filed his Motion to Sell Stock in Horizon Bancorp, Inc. to JM Partners LLC Free and Clear of Liens to sell the estates' stock in Horizon Bancorp Inc. for the amount of $1,000.00 to JM Partners LLC, the Trustee received by email a higher offer for the stock. The Trustee's motion does not contain negative notice language and will thus be set for hearing in the ordinary course of business.

**3.**

The Trustee suspects that, because of the small asset being sold, bidders will not want to make personal appearances in the Court in San Antonio. The Trustee also suspects that, if at least two bidders will bid on the stock, telephonic appearances will not be possible since the Court cannot accommodate more than one caller into a live Court hearing. While the Court often handles telephonic appearances with multiple parties on one phone call, that would be awkward if all of the parties on the call are bidding against each other. That leaves sealed bids. Unless the Trustee receives objections from any bidder, the Trustee will act as if the Trustee will receive at least one sealed bid, to be opened

1

by the Trustee in open court on the day the sale motion is heard by the Court. Any and all bids will be marked, offered and admitted into evidence and retained by the Court as court records until discarded in the normal course of business. If sealed bids are submitted to the Trustee, he should receive them at least 24 hours before the date of the hearing. The Trustee will notify all parties on the Trustee's service list and any party expressing an interest in bidding, of the date, time and place of the hearing.

Dated: September 12, 2011.

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Response to Motion to Sell Stock in Horizon Bancorp, Inc. to JM Partners LLC Free and Clear of Liens, has been mailed to the Debtors, Debtors' attorney, and the attached Service List, by first class mail, postage prepaid, on this the _22nd_ day of September 2011.

_____
Patrick Lowe

SERVICE LIST

| | | |
|---|---|---|
| Brian Noel Sabowitz<br>Cathy Elizabeth Dunn Blackwell<br>1622 Foxberry<br>San Antonio, TX 78248 | William R. Davis, Jr.<br>Langley & Banack, Inc.<br>745 E. Mulberry, Suite 900<br>San Antonio, TX 78212 | Judy A. Robbins<br>US Trustee's Office<br>615 E Houston, Ste 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| First Tennessee Bank National Association<br>c/o Joshua R. Holden<br>P.O. Box 2428<br>Knoxville, TN 37901-2428 | Fayette A/C & Sheetmetal<br>1971 Industrial Blvd<br>Lake Havasu City, AZ 86403-7605 | Today's News-Herald<br>River City Newspapers, LLC<br>2225 W. Acoma Blvd<br>Lake Havasu City, AZ 86403-2907 |
| Horizon Community Bank<br>223 N. Lake Havasu Ave<br>Lake Havasu City, AZ 86403 | JPMorgan Chase Bank, N.A.<br>c/o James Ball<br>Poli & Ball, PLC<br>2999 N. 44th St #500<br>Phoenix, AZ 85018-7246 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| PYOD LLC its successors and assigns as assignee Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Key Equipment Finance<br>1000 S. McCaslin Blvd<br>Superior, CO 80027-9437 | Lake Havasu City<br>2330 McCulloch Blvd N<br>Lake Havasu City, AZ 86403-5950 |
| BCMD Holding Company, LLC<br>1481 Mojave Dr<br>Lake Havasu City, AZ 86406-8923 | Smith-Tryon Family Health, Inc.<br>c/o Rakhee V. Patel<br>Pronske & Patel, P.C.<br>2200 Ross Ave Ste 5350<br>Dallas, TX 75201-7903 | Dr. Donovan Schmidt<br>c/o Rakhee V. Patel<br>Pronske & Patel, P.C.<br>2200 Ross Ave., Ste 5350<br>Dallas, TX 75201-7903 |
| John and Carol Strnad<br>c/o Pronske & Patel, P.C.<br>2200 Ross Avenue, Ste 5350<br>Dallas, TX 75201-7903 | Dr. Elizabeth Smith-Tryon<br>c/o Rakhee V. Patel<br>Pronske & Patel, P.C.<br>2200 Ross Ave., Ste 5350<br>Dallas, TX 75201-7903 | Los Alamos National Bank<br>c/o Heather Boone<br>1200 Trinity Dr<br>Los Alamos, NM 87544-3286 |
| JM Partners, LLC<br>P.O. Box 29940<br>Richmond, Virginia 23242-0940 | Gary Hollifield<br>e-mail: garyholl@aol.com | LHB Ventures, LLC<br>e-mail: lhbvc@yahoo.com |
| Robert Sefkow<br>e-mail: rsefkow@charter.net | Donald Snodgrass<br>e-mail: tuna_tacos@yahoo.com | |

4